SCWC-29953

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

STEVEN SCHAEFER,
Petitioner/Defendant-Appellant.
(CR. NO. 5P104-00072 (LC04-072))

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

APRIL ESTHER SCHAEFER, aka APRIL ESTHER PAIVA,
Petitioner/Defendant-Appellant.
(CR. NO. 05P104-00169 (LC04-169))

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 29953 and 29954)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioners/Defendants-Appellants Steven Schaefer's and April Esther Schaefer's application for writ of certiorari filed on September 19, 2011 is hereby rejected.

DATED:  Honolulu, Hawai'i, October 19, 2011.

Hayden Aluli for petitioner/
defendant-appellant Steven
Schaefer on the application

Mimi Dejardins for
petitioner/defendant-appellant
April Schaefer on the
application

Shaylene Iseri-Carvalho for
respondent/plaintiff-appellee
State of Hawai'i on the response

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

